# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America

v.

NICHOLAS JAMES ANDRE

*Defendant(s)*

Case No. 1:26-MJ-443

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 2, 2026 in the city/county of Alexandria in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 111(b) | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Edward Warner / SAUSA Christian Pierre-Canel

*Printed name and title*

*Complainant's signature*

Lena Highland; Special Agent; F.B.I.

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 11/~~12~~ 10/2026

*Judge's signature*

City and state: Alexandria, Virginia

Hon. William E. Fitzpatrick, U.S. Magistrate Judge

*Printed name and title*