IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NICHOLAS JAMES ANDRE,<br>Defendant | Case No. 1:26-MJ-443 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Lena Highland, being duly sworn, depose and state:

1. I am currently employed as a Special Agent of the Federal Bureau of Investigations ("FBI") and have been so employed for over 3 years. Since August of 2023, I have been assigned to the Washington Field Office ("WFO") of the FBI, where I investigate violations of federal law related to violent crimes that occur in Northern Virginia. I am familiar with the relevant federal statutes, including under Titles 18 and 21 of the United States Code, and have conducted numerous investigations into violent offenses.

2. This affidavit is submitted in support of a criminal complaint and an arrest warrant for Nicholas James Andre (Andre), who, within the Eastern District of Virginia, did interfere with an officer or employee of the United States by forcibly assaulting, resisting, opposing, impeding, and intimidating an officer or employee of the United State Government, as she was engaged in and on account of the performance of her official duties—in this case, as an officer or employee of the Department of Justice, and where the commission of the acts in violation of

this section inflicted bodily injury on the officer or employee, in violation of Title 18, United States Code, Section 111(b).

3. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other law enforcement officers involved in this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the United States.

4. As outlined below, there is probable cause that Andre violated 18 U.S.C. § 111(b), the elements of which are as follows:

- The defendant did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, who was engaged in and or on account of their official duties.
- The defendant caused physical contact and inflicted bodily injury.

**<u>SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE</u>**

**18 U.S.C. § 111(b) Violation**

5. At approximately 5:50 pm on November 2, 2026, the victim, an employee of the Department of Justice, arrived at the Braddock Road WMATA metro station in Alexandria, Virginia, within the Eastern District of Virginia, during her commute to her residence from her place of work, the Robert F. Kennedy Building, located in Washington, DC. In surveillance footage reviewed from the Braddock Road WMATA metro station, Andre can be seen departing the same metro car and following the victim down the escalator, out of and moving away from the station.

6. At approximately 5:58 pm, Andre approached the victim a short distance from the Braddock Road WMATA metro station.

7. Upon approaching the victim, Andre asked her if she worked at the Department of Justice. The victim told Andre that she was an employee of the Department of Justice.

8. The victim observed Andre walk away after she answered his question. The victim then continued her commute from work to her residence. Andre continued to follow the victim on foot and approached the victim again near 419 N. West St., Alexandria, VA, approximately three minutes after his initial contact with her.

9. Andre then attempted to hand the victim a gallon of water. The victim refused to take the gallon from Andre.

10. Andre then asked the victim, "why she had to work there [the Department of Justice]" and then proceeded to assault the victim by discharging oleoresin capsicum (OC) directly into her face. Andre fled the scene as the victim screamed in pain from the discharged OC.

11. Immediately after the assault, bystanders approached the victim and law enforcement responded to the scene.

12. Responding Emergency Medical Technicians treated the victim for injuries resulting from Andre spraying her in the face with OC.

13. Alexandria, VA Police Department (APD) officers interviewed the victim on the scene. During the interview, the victim described being in pain after being sprayed in the face with OC. The victim provided a statement to APD officers that Andre was a white male

approximately 5' 7" with red hair, wearing a blue polo shirt and blue jeans. The victim further stated that Andre fled east on Princess Street after he assaulted her with the OC.

14. While conducting their investigation of the assault, APD officers retrieved footage from a nearby Nest camera that captured the incident. The footage showed the assault, Andre, and the victim.

15. At approximately 7:15pm on November 2, 2026, Andre went to the APD headquarters building. Andre spoke first on the phone with Dispatch and then with the responding APD officer, asking him if he could tell the officer something "incriminating". Approximately thirty minutes later, Andre approached the same officer outside of the building to request to speak to someone who was not law enforcement. The officer advised Andre of his options and Andre agreed to be transported to the hospital.

16. At approximately 9:15pm, while at Inova Alexandria Hospital, Andre called the APD officer and stated that he "wanted to talk". Andre then told the APD officer, "well I guess I pepper sprayed somebody".

17. The APD officer who was on the phone with Andre immediately informed his supervising sergeant of the call and dispatched the APD officer who responded to the assault earlier that afternoon to meet Andre in his hospital room.

18. At approximately 9:30pm, the APD officer who responded to the initial assault of the victim arrived at the hospital. The officer identified Andre as the suspect who assaulted the victim with OC earlier that afternoon. The officer identified Andre by the description provided by the victim and the footage that he reviewed from the Nest camera that recorded the assault.

19. Andre agreed to speak to the officer while outside the hospital. Andre told the officer that he had arrived in the area earlier that day because he was concerned about the kids and the upcoming elections. Andre proceeded to state that he pepper sprayed a woman earlier that day and then handed her a jug of water.

20. The officer stopped the conversation and read Andre his Miranda Rights, after which time Andre declined to continue the conversation. The Officer then arrested him for Illegal Use of Tear Gas, Phosgene, and Other Gases under Va. Code. Ann. § 18.2-312.

## CONCLUSION

21. Based on the foregoing, I submit that there is probable cause to believe that on or about November 2, 2026, in Alexandria, Virginia, within the Eastern District of Virginia, the defendant, Nicholas James Andre, did interfere with an officer or employee of the United States by forcibly assaulting, resisting, opposing, impeding, and intimidating the officer or employee of the United States Government while such officer or employee was engaged in and on account of the performance of official duties, as an officer or employee of the United States Department of Justice, and where the commission of the acts in violation of this section inflicted bodily injury on the officer or employee, in violation of Title 18, United States Code, Section 111(b).

Respectfully submitted,

Special Agent Emily Lena Highland
Federal Bureau of Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on November ~~12~~ 10, 2026.

The Honorable William E. Fitzpatrick
United States Magistrate Judge

Alexandria, Virginia