**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 1:26-MJ-443** |
| | ) | |
| | ) | |
| **NICHOLAS JAMES ANDRE** | ) | |
| **Defendant.** | ) | |

**<u>NOTICE OF ATTORNEY APPEARANCE</u>**

PLEASE TAKE NOTICE that Brooke N. Carroll, Esq., from the law firm of Patrick N. Anderson & Associates, hereby enters her appearance on behalf of Patrick N. Anderson & Associates, for the Defendant in the above-entitled action.

Respectfully Submitted,
Nicholas James Andre
By counsel

PATRICK N. ANDERSON & ASSOCIATES, P.C.

__________/s/________________________________

Brooke N. Carroll, Esquire
*Counsel for Defendant*
333 N. Fairfax Street, Suite 310
Alexandria, VA 22314
T: (703) 519-7100
F: (703) 519-7104
Email: bcarroll@pnalaw.com
VA Bar: #97648