**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 1:26-mj-00443** |
| **NICHOLAS JAMES ANDRE,** | **The Honorable Magistrate Judge Lindsey R. Vaala** |
| **Defendant.** | |

**<u>ORDER</u>**

IT APPEARING TO THE COURT that the entry of this order is proper, it is hereby ORDERED that the above-referenced preliminary and detention hearings be advanced from November 20, 2026, to November 19, 2026 at 2:00pm.

ENTERED this 18th day of November, 2026.

Lindsey R Vaala Digitally signed by Lindsey R Vaala Date: 2026.11.18 15:31:29 -05'00'

LINDSEY R. VAALA
UNITED STATES MAGISTRATE JUDGE

I ASK FOR THIS:

PATRICK N. ANDERSON & ASSOCIATES, P.C.

/s/
Jessica A. Richardson, Esquire
*Counsel for Defendant*
Virginia Bar #90158
333 N. Fairfax Street, Suite 310
Alexandria, VA 22314
T: (703) 519-7100
F: (703) 519-7104
jrichardson@pnalaw.com